1  Elayna J. Youchah, Bar #5837
   youchahe@jacksonlewis.com
2  Amy L. Baker, Bar #11907
   amy.baker@jacksonlewis.com
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway
4  Suite 600
   Las Vegas, Nevada 89169
5  Tel: (702) 921-2460
   Fax: (702) 921-2461
6
   *Attorneys for Defendant Creekside*
7  *Hospice II, LLC d/b/a Creekside Hospice*

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VENETA LEPERA, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CREEKSIDE HOSPICE II, LLC d/b/a CREEKSIDE HOSPICE; JERRY BOLYARD, an individual; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-00306-JAD-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant CREEKSIDE HOSPICE II, LLC d/b/a CREEKSIDE HOSPICE ("Creekside"), hereby substitutes Elayna J. Youchah and Jackson Lewis P.C., 3800 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169, as its counsel in the above captioned matter, in the place and stead of Charles H. McCrea and the law firm Hejmanowski & McCrea LLC.

Dated this 10th day of March, 2015.

**CREEKSIDE HOSPICE II, LLC d/b/a
CREEKSIDE HOSPICE**


*/s/ Amy M. Fritsky*
Amy M. Fritsky
Corporate Counsel - Employment

Charles H. McCrea and the law firm Hejmanowski & McCrea LLC hereby agree and consent to the substitution of Elayna J. Youchah and the law firm Jackson Lewis P.C. as counsel for Defendant Creekside in the above referenced matter.

Dated this 10th day of March, 2015.

HEJMANOWSKI & McCREA LLC

/s/ Charles H. McCrea
Charles H. McCrea, Bar #104
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101

Elayna J. Youchah is admitted to practice law in the State of Nevada, is in good standing, and hereby accepts substitution as counsel for Defendant Creekside in the above referenced matter.

Dated this 10th day of March, 2015.

JACKSON LEWIS P.C.

/s/ Elayna J. Youchah
Elayna J. Youchah, Bar #5837
Amy L. Baker, Bar #11907
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for Defendants*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 3-10-2015