**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VENETA LEPERA,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>CREEKSIDE HOSPICE II, LLC, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:15-cv-00306-JAD-VCF<br><br>**ORDER VACATING EARLY<br>NEUTRAL EVALUATION SESSION** |

　　　　The Court has scheduled an early neutral evaluation session in this case to be held on April 21, 2015. *See* Docket No. 7. The parties have now requested that the Court vacate that early neutral evaluation session in light of their intent to engage in private mediation. *See* Docket No. 24. The Court hereby VACATES the early neutral evaluation session.

　　　　IT IS SO ORDERED.

　　　　Dated: March 27, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge