JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:  (702) 430-6896
Fax:  (702) 369-1290
jgronich@gronichlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VENETA LEPERA, an individual;<br><br>Plaintiff,<br>vs.<br><br>CREEKSIDE HOSPICE II, LLC d/b/a CREEKSIDE HOSPICE, JERRY BOLYARD, an individual; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive.<br><br>Defendants. | Case No. 2:15-cv-00306-JAD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear her/his/its own attorneys' fees and costs.

///

///

///

///

///

///

Page 1 of 2

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees.

Dated: September __4th__, 2015

Respectfully submitted,

By: ___/s/ Jeffrey Gronich___,
Jeffrey Gronich, Esq.
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave, Suite 109
Las Vegas, NV 89104
*Attorney for Plaintiff*

Dated: September __4th__, 2015

Respectfully submitted,

By: ___/s/ Deverie Christensen___,
Elayna J. Youchah, Esq.
Deverie Christensen, Esq.
Amy L. Baker, Esq.
Jackson Lewis, P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for Defendant Creekside Hospice II, LLC*

Dated: September __4th__, 2015

Respectfully submitted,

By: ___/s/ Timothy R. Koval___,
Joseph R. Ganley, Esq.
Timothy R. Koval, Esq.
Hutchison & Steffen, LLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for Defendant Jerry Bolyard*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: September 8, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE